No. 94–411.  PIPING OF OHIO, INC. *v.* REICH, SECRETARY OF LABOR, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–440.  SETOLA ET AL. *v.* BOB SCHMIDT CHEVROLET, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 94–502.  AFANEH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–513.  CONSERVOLITE, INC. *v.* WIDMAYER.  C. A. Fed. Cir.  Certiorari denied.

No. 94–563.  DAVIS *v.* OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 94–566.  FREEMAN *v.* JOHNSTON.  Ct. App. N. Y.  Certiorari denied.

No. 94–569.  CASA VEERKAMP, S. A. DE C. V., ET AL. *v.* KREIMERMAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–570.  MICHIGAN BELL TELEPHONE CO. *v.* DEPARTMENT OF TREASURY OF MICHIGAN ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 94–571.  R. J. REYNOLDS TOBACCO CO. ET AL. *v.* MANGINI.  Sup. Ct. Cal.  Certiorari denied.

No. 94–573.  MELLO ET UX. *v.* WOODHOUSE ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 94–574.  JOHN G. AND MARIE STELLA KENEDY MEMORIAL FOUNDATION *v.* MAURO, COMMISSIONER, GENERAL LAND OFFICE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–576.  ROBERTSON, CHAPTER 7 TRUSTEE OF INTERNATIONAL NUTRONICS, INC. *v.* ISOMEDIX, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–578.  DISTRICT OF COLUMBIA ET AL. *v.* LAMPKIN ET AL.  C. A. D. C. Cir.  Certiorari denied.